UNPUBLISHED

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                          No. 98-4667

RICHARD MORRIS GREEN,
Defendant-Appellant.

Appeal from the United States District Court
for the District of South Carolina, at Florence.
Cameron McGowan Currie, District Judge.
(CR-97-899)

Submitted: February 24, 2000

Decided: March 3, 2000

Before MOTZ and KING, Circuit Judges, and
BUTZNER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

Carroll D. Padgett, Jr., Loris, South Carolina, for Appellant. Alfred
William Walker Bethea, Assistant United States Attorney, Florence,
South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

**OPINION**

PER CURIAM:

Richard Morris Green pled guilty to conspiracy to possess cocaine with intent to distribute, <u>see</u> 21 U.S.C.§ 846 (1994), and was sentenced to a term of 120 months imprisonment, five years supervised release, and a special assessment of $100. Green's attorney has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), raising one issue but indicating that, in his view, there are no meritorious issues for appeal. Green has been notified of his right to file a pro se supplemental brief but has not filed a brief.

In the <u>Anders</u> brief, Green's attorney suggests that the district court may have clearly erred in making a two-level enhancement for possession of a firearm during the offense. <u>See U.S. Sentencing Guidelines Manual</u> § 2D1.1(b)(1) (1997). Initially, we note that Green waived appellate review of this issue by withdrawing all his objections to the presentence report at the sentencing hearing. In addition, the record discloses that Green was arrested when he tried to buy a kilogram of cocaine from an informant. A loaded rifle and a loaded handgun were seized from his truck. Green did not present any evidence on which the district court might have found that it was clearly improbable that the weapons were connected to the offense. We find that the district court did not clearly err in making the enhancement.

Pursuant to <u>Anders,</u> this court has reviewed the record for reversible error and found none. We therefore affirm the conviction and sentence. This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, then counsel may move this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2